DocuSign

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

        Plaintiff,

   vs.

FORIS LIMITED,

        Defendant.
-------------------------------------------------------x

Civil Action No.: 21-cv-0659-AYS

**FILED**
**CLERK**
12:17 pm, Jul 19, 2022
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

## JOINT STIPULATION AND
## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Tenzer-Fuchs, on behalf of herself and all others similarly situated, and Defendant Foris Limited, by their respective undersigned counsel, hereby stipulate and agree to the voluntary dismissal of all claims in the above-captioned action.

This voluntary dismissal is WITH PREJUDICE, with each party to bear its own attorneys' fees, costs, and expenses, and this case shall now be marked by the Clerk of the Court as dismissed with prejudice.

Respectfully submitted,

Dated: 18 of July, 2022.

By: /s/ Johnathan Shalom
Jonathan Shalom, Esq.
Counsel for Michelle Tenzer-Fuchs
**Shalom Law, PLLC**
105-13 Metropolitan Avenue
Forest Hills, New York 11375
Telephone: (718) 971-9474
Jonathan@ShalomLawNY.com

By: /s/ /s/ Carol C. Lumpkin
**K&L GATES LLP**
*Counsel for Defendant Foris Dax Capital Inc.*
Carol C. Lumpkin, Esq.
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131-2399
Telephone: 305.539.3300
Facsimile: 305.358.7095
Email: carol.lumpkin@klgates.com

Dated: /s/ Gary R. Brown
United States District Court Judge
Honorable Gary R. Brown

Dated: 7/19/2022